**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**COVINGTON**

Eastern District of Kentucky
**F I L E D**

NOV 2 8 2017

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**CRIMINAL ACTION NO. 16-43-S-DLB**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

V.                          **STIPULATION OF FACTS**

**BRANDON MORAN**                                              **DEFENDANT**

\*     \*     \*     \*     \*

Come the parties hereto, the United States of America, by and through counsel,

Assistant United States Attorney Elaine K. Leonhard, and the Defendant Brandon Moran,

by and through counsel, Eric G. Eckes, and in order to expedite and simplify the trial of

this case, do hereby stipulate and agree that, the files contained on Government's

Exhibits 2, 6, 7, and 8 depict minors engaged in sexually explicit conduct.

It is further agreed that this Stipulation may be read to the jury in its entirety and

introduced into evidence as an exhibit, and that the facts herein stipulated are to have the

same status, dignity, and effect as the uncontradicted testimony of credible witnesses, and

may be considered by the jury in the same manner as if they had been so testified to.

It is further stipulated and agreed that the representatives of the parties herein may

incorporate the facts contained in this stipulation into any opening or closing statements,

charts or summaries, and none of the parties shall be barred from introducing other

evidence tending to explain the facts stipulated herein or the identity, intent or knowledge

of the parties in relation thereto; and further, any party may introduce other evidence which is not inconsistent with the facts stipulated.

In agreement with the above stipulation, the parties to this action have affixed their signatures hereto.

11/27/17
Date

11-27-2017
Date

11/27/17
Date

Elaine K. Leonard
Assistant United States Attorney

Brandon Moran
Defendant

Eric G. Eckes
Counsel for Brandon Moran