UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CRIMINAL ACTION NO. 16-43-DLB-CJS
CIVIL ACTION NO. 20-113-DLB-CJS

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.        **ORDER ADOPTING REPORT AND RECOMMENDATION**

BRANDON MORAN                                                                                    DEFENDANT

\* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*

This matter is before the Court upon the November 22, 2022 Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith (Doc. # 144), wherein she recommends that Defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. # 131) be denied.

No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration.  The Court having reviewed the R&R, concluding that it is sound in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)    The Magistrate Judge's R&R (Doc. # 144) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2)    The Defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. # 131) is hereby **DENIED**;

(3)   For the reasons set forth in the Magistrate Judge's R&R (Doc. # 144), the Court determines there would be no arguable merit for an appeal in this matter and, therefore, **no certificate of appealability shall issue**; and

(4)   A separate Judgment will be filed concurrently herewith.

This 23rd day of January, 2023



Signed By:
*David L. Bunning*   *DB*
United States District Judge

J:\DATA\ORDERS\Covington Criminal\2017\17-42-1 Order Adopting R&R (no objections).docx